```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                    Case No. 17-02408-HWV
James H. Snead, Jr.                                       Chapter 13
Tanisha D. Mckim-Snead
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh            Page 1 of 2          Date Rcvd: Aug 02, 2017
                             Form ID: ntcnfhrg        Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db/jdb        +James H. Snead, Jr.,   Tanisha D. Mckim-Snead,   3921 Silver Spur Drive,   York, PA 17402-2735
4931945       +BB&T Bank,   5060 Jonestown Road,   Harrisburg, PA 17112-2921
4931947       +KML Law Group, P.C.,   Suite 5000 BNY mellon indpendence,   701 Market St.,
                Philadelphia, PA 19106-1538
4931952        M&T Bank,   po box 619063,   Dallas, TX 75261-9063
4931960        Office of UC Benefits,   Claimant Services,   po box 67503,   Harrisburg, PA 17106-7503
4931962       +Prudential Insurance Comapny,   disability management services,   po box 13480,
                Philadelphia, PA 19176-3480
4931954       +medical data systems,   645 walnut st. suite 5,   Gadsden, AL 35901-4173
4931955       +medical revenue service,   645 walnut st. suite 5,   Gadsden, AL 35901-4173
4931956        met ed,   po box 3687,   Akron, OH 44309-3687
4931963        springettsbury township sewer,   po box 824907,   Philadelphia, PA 19182-4907
4931964       +verizon,   500 technology drive,   Suite 300,   weldon srpings, MO 63304-2225
4931965       +york credit bureau,   33 south duke st.,   York, PA 17401-1401
4931969       +york waste disposal,   3730 sandhurst drive,   York, PA 17406-7935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4935583       +E-mail/Text: bankruptcy@bbandt.com Aug 02 2017 18:47:21     BB&T, Bankruptcy Section,
                100-50-01-51,   PO Box 1847,   Wilson, NC 27894-1847
4931949        E-mail/Text: camanagement@mtb.com Aug 02 2017 18:47:24     M&T Bank,   po box 7678,
                Buffalo, NY 14240
4931951        E-mail/Text: camanagement@mtb.com Aug 02 2017 18:47:24     M&T Bank,   po box 900,
                Millsboro, DE 19966
4931948        E-mail/Text: camanagement@mtb.com Aug 02 2017 18:47:24     M&T Bank,   1 Fountain plaza,
                Buffalo, NY 14203
4931950        E-mail/Text: camanagement@mtb.com Aug 02 2017 18:47:24     M&T Bank,   1100 wehrle drive,
                Buffalo, NY 14240
4935249       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2017 18:55:04     T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
4931944       +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 02 2017 18:47:14     alliance one,
                4850 street rd. level C,   Feasterville Trevose, PA 19053-6643
4931946       +E-mail/PDF: pa_dc_ed@navient.com Aug 02 2017 18:48:40     department of education navient,
                po box 9635,   Wilkes Barre, PA 18773-9635
4931958       +E-mail/Text: Bankruptcies@nragroup.com Aug 02 2017 18:47:43     national recovery agency,
                2491 paxton street,   Harrisburg, PA 17111-1036
4931961       +E-mail/Text: HELP@PASVCS.COM Aug 02 2017 18:47:39     patientaccsv,   5100 west copans road,
                Pompano Beach, FL 33063-7747
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4931953*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
                (address filed with court: M&T Bank,   1100 wehrle drive,   Buffalo, NY 14240)
4931957*      Met-Ed,   po box 3687,   Akron, OH 44309-3687
4931959*     +national recovery agency,   2491 paxton street,   Harrisburg, PA 17111-1036
4931966*     +york credit bureau,   33 south duke st.,   York, PA 17401-1401
4931967*     +york credit bureau,   33 south duke st.,   York, PA 17401-1401
4931968*     +york credit bureau,   33 south duke st.,   York, PA 17401-1401
                                                                                TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          Gregory S Hazlett    on behalf of Joint Debtor Tanisha D. Mckim-Snead adlitem@pa.net
          Gregory S Hazlett    on behalf of Debtor James H. Snead, Jr. adlitem@pa.net
          James Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

James H. Snead Jr.
Tanisha D. Mckim−Snead

Debtor(s)

Chapter 13

Case No. 1:17−bk−02408−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**August 30, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 13, 2017 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 2, 2017 |