UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES H. SNEAD, JR.
TANISHA D. MCKIM-SNEAD   1-17-BK-02408

Chapter 13

## ORDER CONVERTING CASE TO CHAPTER 7

Upon consent/motion of the above debtor in possession, and it having been determined that the above case should be converted, it is;

**ORDERED** that this case be and it hereby is converted from a case under 11 U.S.C. Chapter 13 to a case under 11 U.S.C. Chapter 7, and it is further

**ORDERED** that the present trustee be and hereby is discharged.

BY THE COURT:

**Honorable, Henry Van Eck**