```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 17-02408-HWV
James H. Snead, Jr.                                                  Chapter 7
Tanisha D. Mckim-Snead
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 1         Date Rcvd: Oct 05, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db/jdb          +James H. Snead, Jr.,    Tanisha D. Mckim-Snead,   3921 Silver Spur Drive,   York, PA 17402-2735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Joint Debtor Tanisha D. Mckim-Snead adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor James H. Snead, Jr. adlitem@pa.net
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES H. SNEAD, JR.
TANISHA D. MCKIM-SNEAD    1-17-BK-02408

Chapter 13

## ORDER CONVERTING CASE TO CHAPTER 7

Upon motion of the above debtor in possession, and it having been determined that the above case should be converted, it is;

**ORDERED** that the case is converted from a Chapter 13 proceeding under Title 11 U.S.C., to a case under Chapter 7 of Title 11 U.S.C. and it is further;

**ORDERED** that the present trustee is discharged.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: October 5, 2017