```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                    Case No. 17-02408-HWV
James H. Snead, Jr.                                                       Chapter 7
Tanisha D. Mckim-Snead
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2              Date Rcvd: Oct 17, 2017
                              Form ID: 309A              Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db/jdb         +James H. Snead, Jr.,    Tanisha D. Mckim-Snead,    3921 Silver Spur Drive,   York, PA 17402-2735
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr             +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,   York, PA 17401-1132
4931945        +BB&T Bank,    5060 Jonestown Road,   Harrisburg, PA 17112-2921
4931947        +KML Law Group, P.C.,    Suite 5000 BNY mellon indpendence,    701 Market St.,
                 Philadelphia, PA 19106-1538
4931952         M&T Bank,    po box 619063,   Dallas, TX 75261-9063
4979099        +Met Ed,   First Energy,    101 Crawford's Corner Rd.,    Bldg #1, Suite 1-51,
                 Holmdel, NJ 07733-1900
4966830         Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
4931960         Office of UC Benefits,    Claimant Services,    po box 67503,   Harrisburg, PA 17106-7503
4931962        +Prudential Insurance Comapny,    disability management services,    po box 13480,
                 Philadelphia, PA 19176-3480
4931954        +medical data systems,    645 walnut st. suite 5,    Gadsden, AL 35901-4173
4931955        +medical revenue service,    645 walnut st. suite 5,    Gadsden, AL 35901-4173
4931956         met ed,   po box 3687,    Akron, OH 44309-3687
4931963         springettsbury township sewer,    po box 824907,    Philadelphia, PA 19182-4907
4931965        +york credit bureau,    33 south duke st.,    York, PA 17401-1401
4931969        +york waste disposal,    3730 sandhurst drive,    York, PA 17406-7935
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: adlitem@pa.net Oct 17 2017 19:14:25     Gregory S Hazlett,   7 West Main Street,
                 Mechanicsburg, PA   17055
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 17 2017 19:15:12     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4935583        +E-mail/Text: bankruptcy@bbandt.com Oct 17 2017 19:14:54     BB&T, Bankruptcy Section,
                 100-50-01-51,   PO Box 1847,    Wilson, NC 27894-1847
4967539         EDI: RESURGENT.COM Oct 17 2017 19:08:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
4931948         E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57     M&T Bank,   1 Fountain plaza,
                 Buffalo, NY 14203
4931950         E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57     M&T Bank,   1100 wehrle drive,
                 Buffalo, NY 14240
4957114         E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57     M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
4931949         E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57     M&T Bank,   po box 7678,
                 Buffalo, NY 14240
4931951         E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57     M&T Bank,   po box 900,
                 Millsboro, DE 19966
4935249        +EDI: AIS.COM Oct 17 2017 19:08:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
4931944        +EDI: ALLIANCEONE.COM Oct 17 2017 19:08:00     alliance one,   4850 street rd. level C,
                 Feasterville Trevose, PA 19053-6643
4931946        +EDI: NAVIENTFKASMDOE.COM Oct 17 2017 19:08:00     department of education navient,
                 po box 9635,   Wilkes Barre, PA 18773-9635
4931958        +E-mail/Text: Bankruptcies@nragroup.com Oct 17 2017 19:15:40     national recovery agency,
                 2491 paxton street,    Harrisburg, PA 17111-1036
4931961        +E-mail/Text: HELP@PASVCS.COM Oct 17 2017 19:15:31     patientaccsv,   5100 west copans road,
                 Pompano Beach, FL 33063-7747
4931964        +EDI: VERIZONEAST.COM Oct 17 2017 19:08:00     verizon,   500 technology drive,   Suite 300,
                 weldon srpings, MO 63304-2225
                                                                                              TOTAL: 15
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr*            +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,   York, PA 17401-1132
4931953*       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,    1100 wehrle drive,    Buffalo, NY 14240)
4931957*        Met-Ed,   po box 3687,    Akron, OH 44309-3687
4931959*       +national recovery agency,    2491 paxton street,    Harrisburg, PA 17111-1036
4931966*       +york credit bureau,    33 south duke st.,   York, PA 17401-1401
4931967*       +york credit bureau,    33 south duke st.,   York, PA 17401-1401
4931968*       +york credit bureau,    33 south duke st.,   York, PA 17401-1401
                                                                                        TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
          Gregory S Hazlett    on behalf of Debtor 2 Tanisha D. Mckim-Snead adlitem@pa.net
          Gregory S Hazlett    on behalf of Debtor 1 James H. Snead, Jr. adlitem@pa.net
          James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 5
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **James H. Snead Jr.** | Social Security number or ITIN  xxx–xx–5431 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tanisha D. Mckim–Snead** | Social Security number or ITIN  xxx–xx–0782 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | Date case filed in chapter **13**   **June 8, 2017** |
| Case number:  **1:17–bk–02408–HWV** | | Date case converted to chapter **7**   **October 5, 2017** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James H. Snead Jr. | Tanisha D. Mckim–Snead |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3921 Silver Spur Drive<br>York, PA 17402 | 3921 Silver Spur Drive<br>York, PA 17402 |
| 4. | **Debtor's attorney**<br>Name and address | Gregory S Hazlett<br>7 West Main Street<br>Mechanicsburg, PA 17055 | Contact phone 717 790–5500<br><br>Email: adlitem@pa.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence V. Young (Trustee)<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone 717 848–4900<br><br>Email: lyoung@cgalaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **James H. Snead Jr.** and **Tanisha D. Mckim–Snead**   Case number **1:17–bk–02408–HWV**

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: October 17, 2017 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 29, 2017 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 28, 2018 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**