```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                Case No. 17-02408-HWV
James H. Snead, Jr.                                                   Chapter 7
Tanisha D. Mckim-Snead
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh               Page 1 of 1              Date Rcvd: Apr 13, 2018
                              Form ID: fnldec             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db             +James H. Snead, Jr.,    3921 Silver Spur Drive,   York, PA 17402-2735
jdb           #+Tanisha D. Mckim-Snead,    3921 Silver Spur Drive,   York, PA 17402-2735
tr             +Lawrence V. Young (Trustee),    CGA Law Firm,   135 North George Street,   York, PA 17401-1132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
```
              Gregory S Hazlett    on behalf of Debtor 2 Tanisha D. Mckim-Snead adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 1 James H. Snead, Jr. adlitem@pa.net
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James H. Snead Jr.<br>3921 Silver Spur Drive<br>York, PA 17402 | Chapter 7<br>Case No. 1:17−bk−02408−HWV |
| Tanisha D. Mckim−Snead<br>3921 Silver Spur Drive<br>York, PA 17402 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5431
xxx−xx−0782

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence V. Young (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  April 13, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk